Early Term
SDIL (12/09)

UNITED STATES DISTRICT COURT
for
Southern District of Illinois

Request for Early Termination of Supervision

Name of Offender:  Gregory K. Nelson         Docket Number:  0754 3:02CR30010-001

Name of Sentencing Judicial Officer:  Honorable David R. Herndon

Date of Original Sentence:  December 6, 2002

Original Offense:  Ct. 1: Felon in Possession of a Firearm

Original Sentence:  Ct. 1: 63 Months Bureau of Prisons; followed by a 36 Months Term of Supervised Release

Type of Supervision:  Supervised Release         Date Supervision Commenced:   October 26, 2009

Assistant U.S. Attorney:  Richard H. Lloyd         Defense Attorney: Phillip J. Kavanaugh. III

## PETITIONING THE COURT

For early discharge of the defendant from supervised release pursuant to 18 U.S.C. § 3583(e)(1)

## COMPLIANCE WITH CONDITIONS OF SUPERVISION

The defendant has complied with all statutory and standard conditions of supervision, including the completion of the mandatory drug testing provision.  Furthermore, the following special conditions of supervision were adhered to and/or addressed:

   Substance Abuse Treatment

   Financial Disclosure

Months in Community Since Last Difficulty*: 27

*For purposes of this petition "difficulty" is defined as (1) any indication of new criminal behavior,  (2) any violation of supervision that requires judicial notification, or (3) any significant pattern of noncompliant behavior.

## CRIMINAL MONETARY PENALTIES

The defendant was ordered to pay the following:

| Financial Penalty | Ordered Amount | Current Balance |
|---|---|---|
| Special Assessment: | $100 | $0 |
| Fine: | $500 | $0 |

## GOVERNMENT'S RESPONSE

Assistant U.S. Attorney Suzanne Garrison has no objection to the Court being petitioned to discharge the offender from supervision.

**U.S. Probation Officer Recommendation:**

On October 26, 2009, the offender's supervision commenced. While on supervision, the offender has maintained full-time employment in St. Louis, Missouri.  He successfully completed outpatient substance abuse treatment, and all urine specimens obtained have returned as negative for the presence of illicit

Offender Name:  Gregory K. Nelson

Docket Number:  0754 3:02CR30010-001

substances.  The offender has satisfied his special assessment and fine. The offender has also successfully completed the Court Assisted Program (CAP), which is overseen by the Honorable Judge Donald G. Wilkerson, U.S. Magistrate Judge.

The offender has been cited for the following traffic violations, and with the exception of the recent citation, he has disposed of all of the matters.  On January 11, 2010, the offender was cited by the Town & Country, Missouri Police Department, for Expired Operator's License and Speeding.  The offender appeared in the Town and Country Municipal Court, and entered a plea of guilty to both charges, resulting in the imposition of a fine and court costs.  On June 3, 2010, the offender was cited by the Centreville, Illinois Police Department, for Driving While License Revoked and Speeding.  The offender appeared in the St. Clair County, Illinois, Circuit Court, and entered a plea of guilty to Driving While License Revoked, resulting in 120 days of court supervision, and the imposition of a fine and court costs; and the Speeding charge was dismissed.  On January 4, 2011, the offender was cited by the St. Louis County, Missouri, Police Department, for Driving With No License and Speeding.  The offender appeared in St,. Louis County, Missouri, Circuit Court, and entered a plea of guilty to the reduced/amended charges of Illegal Parking, resulting in the imposition of a fine and court costs, imposed  in reference to both charges. On December 31, 2011, the offender was cited by the Missouri State Highway Patrol for Speeding.  The matter remains pending. In all instances, the offender has has been admonished for his noncompliance.

With the exception of the aforementioned traffic matters, the defendant has complied with the conditions of supervision. Therefore, it is recommended that the offender be discharged from supervised release.

Offender Name:  Gregory K. Nelson
Docket Number:  0754 3:02CR30010-001

Respectfully submitted,

by  *George R. Howard* (signature)

George R. Howard
Senior U.S. Probation Officer

Date: January 29, 2012

---

☒ Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

☐ The Issuance of a Summons

☐ Resubmit request for early termination of supervision at a later date

☐ Other Action

David R. Herndon
2012.01.30
12:55:21 -06'00'

Judge

GRH:cds

January 30, 2012
Date